```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA ex rel.     :    22cv7136 (DLC)
KEVIN T. CORCORAN,                   :
                                     :         ORDER
                      Plaintiff,     :
                                     :
          -v-                        :
                                     :
BANK OF AMERICA CORP., et al.,       :
                                     :
                      Defendants.    :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

By notice dated March 10, 2023, the United States of America has opted not to intervene in the above-captioned <u>qui tam</u> action against the defendants and requested that the case be unsealed 30 days from the entry of that Order.  Accordingly, it is hereby

ORDRED that the seal shall be lifted.  The complaint, filed under seal as document #2, shall be unsealed and the true caption of the case shall be listed on the docket sheet.

Dated:    New York, New York
          April 11, 2023

                                  _____
                                          DENISE COTE
                                  United States District Judge